```
                    UNITED STATES DISTRICT COURT FOR
                       MIDDLE DISTRICT OF TENNESSEE
                            NASHVILLE DIVISION
```

JULIE OLENJNICZAK,            )
                              )
        Plaintiff             )     No. 1:10-0003
                              )     Judge Campbell/Brown
v.                            )     **Jury Demand**
                              )
KROGER LIMITED PARTNERSHIP I, )
                              )
        Defendant             )

## O R D E R

The Magistrate Judge has been advised that the parties were not able to reach a settlement with Magistrate Judge Griffin. The case is under a scheduling order (Docket Entry 32), and is st for trial on September 20, 2011 (Docket Entry 26).

If the parties believe that changes are needed to the scheduling order they should confer and file, is possible, a joint motion to reset any necessary dates consistent with the trial date set by Judge Campbell.

If the parties believe that a telephone conference with the undersigned is necessary to resolve any issues with the scheduling order, they should contact the Magistrate Judge's courtroom deputy to select a time for a telephone conference.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge